# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: § 

§

ALLEY DRY WALL, INC. §      Case No. 11-37080

§

Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on              .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                       $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/MICHAEL G. BERLAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 11-37080   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | ALLEY DRY WALL, INC. | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | 341(a) Meeting Date: | 10/05/11 |
| For Period Ending: 08/15/13 | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking at Oswego Community Bank Currently Subj | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Nicor Gas | 240.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Job Number 05-190 Date Billed 3/1/06 Avram | 79,188.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Job Number 8-17 Billed 9/5/08 Lincoln Square (Ba | 38,329.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Job Number 09-03 Billed 3/19/09 Avram | 13,422.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Job Number 10-11 Billed 12/20/10 Froelich | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Job Number 10-19 Date Billed 5/2/11 Quinn | 12,091.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Date Billed 8/15/11 Day One | 2,682.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Date Billed 8/24/11 REM | 3,321.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Date Billed 8/24/11 Quinn | 22,379.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 1989 Grain Box Trailer TJ7213 | 1,400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 1995 GMC 1GDJC34F2SE522416 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. 1997 Ford E150 1FTEE1464VHB93953 | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 2

Exhibit A

Case No:      11-37080    BL   Judge: Bruce W. Black

Case Name:    ALLEY DRY WALL, INC.

Trustee Name:                          MICHAEL G. BERLAND

Date Filed (f) or Converted (c):       09/12/11 (f)

341(a) Meeting Date:                   10/05/11

Claims Bar Date:                       01/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. 1998 GMC Savana 1GJGG29ROW1045393 | 4,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. 1999 GMC Suburban 1GKFK16RIXJ802212 | 6,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. 2000 GMC Van 1GTFG15WXY1106575 | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17. 2001 GMC Stake 1GDG6H1E81JS02168 | 5,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18. 2001 GMC Van 1GTHG35R111101423 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19. 2001 GMC Scrapper 3GDKC34G61M04804 | 6,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 20. 2001 GMC Sierra 2GTEK368U611368892 | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 21. 2002 GMC Van 3GTHG25M021109410 | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 22. 2002 GMC VAN 1GTHG35R7Z1218554 | 3,000.00 | 0.00 | | 4,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 23. 2003 GMC Cargo Van 1GTHG354931114881 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24. 2003 Dodge Ram 1D7KU28D13J550067 | 10,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 25. 2003 Homemade Trailer 4RWUS10113N024008 | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 26. 2004 GMC Savana 1GTHG394X41101553 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-37080 | BL | Judge: Bruce W. Black |
| Case Name: | ALLEY DRY WALL, INC. | | |

| Trustee Name: | MICHAEL G. BERLAND |
| Date Filed (f) or Converted (c): | 09/12/11 (f) |
| 341(a) Meeting Date: | 10/05/11 |
| Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2004 GMC PICK UP 1GTHK23264F203810 | 13,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 28. 2004 Homemade Trailer 1DGRS14104M058415 | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 29. 2007 GMC PICK UP 1GTHK29DO7E111076 | 20,000.00 | 20,000.00 | | 12,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 30. 2008 GMC Sierra Pick Up 2GTEK191J281243536 | 17,000.00 | 17,000.00 | | 11,750.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 31. Six Phones | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 32. Copy Machine | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 33. Fax Machine | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 34. Computer and Printer (1993 Word Perfect) | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 35. Three Four Drawer Fire Proof File Cabinets | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 36. Two Steel Desks | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 37. Eight Chairs for Break Room | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 38. Blue Print Copier | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 39. Typewriter | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Ver: 17.02e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    4

Exhibit A

| Case No: | 11-37080    BL   Judge: Bruce W. Black |
|---|---|
| Case Name: | ALLEY DRY WALL, INC. |

| Trustee Name: | MICHAEL G. BERLAND |
|---|---|
| Date Filed (f) or Converted (c): | 09/12/11 (f) |
| 341(a) Meeting Date: | 10/05/11 |
| Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 40. Corner Beads | 800.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 41. Nails & Screws | 200.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 42. Scaffolds | 4,000.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 43. Tools | 3,000.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 44. Planks 12 Aluminum | 1,800.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 45. Welder | 400.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 46. Spray Machine | 600.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 47. Radius Track Binder | 600.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 48. Shotsd & Pins Hilti | 2,500.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 49. Gang Boxes x3 | 1,500.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 50. Ladders (7) | 800.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 51. Steel Studs | 500.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 52. Misc Stock | 1,000.00 | 0.00 | | 0.00 | FA |
|    Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 11-37080   BL   Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | ALLEY DRY WALL, INC. | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | 341(a) Meeting Date: | 10/05/11 |
| | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. Fork Truck (old) | 600.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $298,852.00 | $37,000.00 | $28,250.10 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Certain vehices were sold at an acution sale. Tax returns were filed.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-37080 -BL | |
| Case Name: | ALLEY DRY WALL, INC. | |
| | | |
| Taxpayer ID No: | *******5954 | |
| For Period Ending: | 08/15/13 | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******8665  Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/11/12 | | American Auction Associates, Inc. | Per court order | | 28,250.00 | | 28,250.00 |
| | | 8515 S. Thomas Avenue | DEPOSIT CHECK #4704 | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| | 16 | | Memo Amount:      4,250.00 | 1129-000 | | | |
| | 29 | | Memo Amount:     12,250.00 | 1129-000 | | | |
| | 30 | | Memo Amount:     11,750.00 | 1129-000 | | | |
| 01/23/12 | 001001 | American Auction Associates, Inc. | | 3610-000 | | 770.99 | 27,479.01 |
| 01/26/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 27,479.11 |
| 01/26/12 | | Transfer to Acct #*******5452 | Bank Funds Transfer | 9999-000 | | 27,479.11 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 28,250.00 | COLUMN TOTALS | 28,250.10 | 28,250.10 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 27,479.11 | |
| | | Subtotal | 28,250.10 | 770.99 | |
| Memo Allocation Net: | 28,250.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 28,250.10 | 770.99 | |

Page Subtotals          28,250.10          28,250.10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   2

Exhibit B

Case No:            11-37080  -BL
Case Name:       ALLEY DRY WALL, INC.

Taxpayer ID No:   *******5954
For Period Ending:  08/15/13

Trustee Name:            MICHAEL G. BERLAND
Bank Name:               Congressional Bank
Account Number / CD #:   *******5452  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8665 | Bank Funds Transfer | 9999-000 | 27,479.11 | | 27,479.11 |
| 02/06/13 | 001001 | Estate Of Aley Dry Wall | Monies were transferre by former trustee | 9999-000 | | 27,479.11 | 0.00 |

Memo Allocation Receipts:       0.00
Memo Allocation Disbursements:  0.00

Memo Allocation Net:            0.00

COLUMN TOTALS                        27,479.11      27,479.11          0.00
   Less:  Bank Transfers/CD's         27,479.11      27,479.11
Subtotal                                  0.00           0.00
   Less:  Payments to Debtors                            0.00
Net                                       0.00           0.00

Page Subtotals        27,479.11       27,479.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 11-37080 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALLEY DRY WALL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9769  Checking Account |
| Taxpayer ID No: | *******5954 | | | |
| For Period Ending: | 08/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley Waller | | 9999-000 | 27,479.11 | | 27,479.11 |
| 03/04/13 | 001001 | Gloria Longest | Payment for tax returns | 3410-000 | | 500.00 | 26,979.11 |
| 03/04/13 | 001002 | Illinois Department Of Revenue | Payment of state tax due | 2820-000 | | 1,424.00 | 25,555.11 |
| 03/06/13 | | Alley Dry Wall Inc | Payent to IRS by wire transfer.l | 2810-000 | | 2,109.00 | 23,446.11 |
| | | | Per trustee's accountant only wire tranfers allowed for federal taxes due. | | | | |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 26.35 | 23,419.76 |
| 04/22/13 | | Congressional Bank | Bank fee | 2600-000 | | 25.67 | 23,394.09 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 24.05 | 23,370.04 |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 24.82 | 23,345.22 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 23.99 | 23,321.23 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 0.00 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 0.00 | |

| | COLUMN TOTALS | 27,479.11 | 4,157.88 | 23,321.23 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 27,479.11 | 0.00 | |
| | Subtotal | 0.00 | 4,157.88 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 4,157.88 | |

| | | | | | NET | ACCOUNT |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 28,250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - *******8665 | 28,250.10 | | 770.99 | 0.00 |
| | | Checking Account - *******5452 | 0.00 | | 0.00 | 0.00 |
| Total Memo Allocation Net: | 28,250.00 | Checking Account - *******9769 | 0.00 | | 4,157.88 | 23,321.23 |
| | | | ---------------------- | | ---------------------- | ---------------------- |
| | | | 28,250.10 | | 4,928.87 | 23,321.23 |
| | | | ============= | | ============= | ============= |
| | | | (Excludes Account Transfers) | | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 27,479.11 | 4,157.88 |
|---|---|---|---|

Ver: 17.02e

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit B

| Case No: | 11-37080  -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALLEY DRY WALL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9769  Checking Account |
| Taxpayer ID No: | *******5954 | | | |
| For Period Ending: | 08/15/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

LFORM24

Ver: 17.02e

| Page 1 | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 15, 2013 |

Case Number:  11-37080

Debtor Name:  ALLEY DRY WALL, INC.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001A<br>040<br>5400-00 | Carpenters Fringe Benefit Funds of Illinois<br>c/o Catherine M. Chapman<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Priority | | $5,553.38 | $0.00 | $5,553.38 |
| 000004A<br>040<br>5400-00 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | Priority | | $30,871.50 | $0.00 | $30,871.50 |
| 000007A<br>045<br>5800-00 | Department of the Treasury<br>IRS<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $341.05 | $0.00 | $341.05 |
| 000001B<br>040<br>5400-00 | Carpenters Fringe Benefit Funds of Illinois<br>c/o Catherine M. Chapman<br>Baum Sigman Auerbach & Neuman, Ltd.<br>200 W. Adams Street, Suite 2200<br>Chicago, IL 60606-5231 | Unsecured | | $7,134.37 | $0.00 | $7,134.37 |
| 000002<br>070<br>7100-00 | Gengler-Lowney Laser Works, Inc.<br>c/o Dreyer, Foote, Streit, et al.<br>1999 West Downer Place<br>Aurora, IL 60506 | Unsecured | | $8,012.00 | $0.00 | $8,012.00 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $44,937.20 | $0.00 | $44,937.20 |
| 000004B<br>040<br>5400-00 | Chicago Regional Council of Carpenters<br>c/o Bruce C. Scalambrino<br>Scalambrino & Arnoff, LLP<br>One North LaSalle Street, Suite 1600<br>Chicago, IL 60602 | Unsecured | | $92,549.83 | $0.00 | $92,549.83 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $435.78 | $0.00 | $435.78 |
| 000006<br>070<br>7100-00 | Caliber Construction Co<br>1940 Internationale Parkway<br>Ste 100<br>Woodridge, IL 60563 | Unsecured | | $28,351.69 | $0.00 | $28,351.69 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                                    Date: August 15, 2013

Case Number:   11-37080                                    Claim Class Sequence
Debtor Name:   ALLEY DRY WALL, INC.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000008 070 7100-00 | Illinois Bell Telephone Company % AT&T Services Inc. James Grudus, Esq. One AT&T Way, Room 3A218 Bedminster, NJ 07921 | Unsecured | | $469.15 | $0.00 | $469.15 |
| 000009 050 4110-00 | Oswego Community Bank Attn: Christopher M Paige 10 S Madison Pob 1070 Oswego, IL 60543 | Secured | | $329,948.36 | $0.00 | $329,948.36 |
| | Case Totals: | | | $548,604.31 | $0.00 | $548,604.31 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-37080
Case Name: ALLEY DRY WALL, INC.
Trustee Name: MICHAEL G. BERLAND

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ | $ | $ |
| Trustee Expenses: MICHAEL G. BERLAND | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $              must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Carpenters Fringe Benefit Funds of Illinois | $ | $ | $ |
| 000004A | Chicago Regional Council of Carpenters | $ | $ | $ |
| 000007A | Department of the Treasury | $ | $ | $ |

Total to be paid to priority creditors        $_____

Remaining Balance        $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Carpenters Fringe Benefit Funds of Illinois | $ | $ | $ |
| 000002 | Gengler-Lowney Laser Works, Inc. | $ | $ | $ |
| 000003 | American Express Bank, FSB | $ | $ | $ |
| 000004B | Chicago Regional Council of Carpenters | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | Caliber Construction Co | $ | $ | $ |
| 000008 | Illinois Bell Telephone Company | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                               $_____


Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE