UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re:                                                         §
                                                               §
ALLEY DRY WALL, INC.                                           §          Case No. 11-37080
                                                               §
            Debtor(s)                                          §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                CLERK OF THE COURT
                219 S. Dearborn
                Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/27/2013 in Courtroom ,
                Joliet City Hall
                150 West Jefferson,2nd floor, Joliet, Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/19/2013               By: /s/ Michael G. Berland
                                                                                   Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
                                      §
ALLEY DRY WALL, INC.                  §     Case No. 11-37080
                                      §
         Debtor(s)                    §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 28,250.10 |
| and approved disbursements of | $ 4,928.87 |
| leaving a balance on hand of[1] | $ 23,321.23 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 3,575.01 | $ 0.00 | $ 3,575.01 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 60.00 | $ 0.00 | $ 60.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,635.01 |
| Remaining Balance | $ 19,686.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 36,765.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Carpenters Fringe Benefit Funds of Illinois | $ 5,553.38 | $ 0.00 | $ 3,001.38 |
| 000004A | Chicago Regional Council of Carpenters | $ 30,871.50 | $ 0.00 | $ 16,684.84 |
| 000007A | Department of the Treasury | $ 341.05 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors $ 19,686.22

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 181,920.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Carpenters Fringe Benefit Funds of Illinois | $ 7,134.37 | $ 0.00 | $ 0.00 |
| 000002 | Gengler-Lowney Laser Works, Inc. | $ 8,012.00 | $ 0.00 | $ 0.00 |
| 000003 | American Express Bank, FSB | $ 44,937.20 | $ 0.00 | $ 0.00 |
| 000004B | Chicago Regional Council of Carpenters | $ 92,549.83 | $ 0.00 | $ 0.00 |
| 000005 | Capital One Bank (USA), N.A. | $ 435.78 | $ 0.00 | $ 0.00 |
| 000006 | Caliber Construction Co | $ 28,351.69 | $ 0.00 | $ 0.00 |
| 000008 | Illinois Bell Telephone Company | $ 469.15 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 00010 | Internal Revenue Service | $ 30.09 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-37080-BWB
Alley Dry Wall, Inc.                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez              Page 1 of 3              Date Rcvd: Aug 21, 2013
                              Form ID: pdf006           Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
```
db         +Alley Dry Wall, Inc.,    Po Box 966,   Oswego, IL 60543-0966
17785094   +Accurate Repro,    2368 Corporate Lane,    #100,   Naperville, IL 60563-9631
17785095   +Alarm Detection Systems,    1111 Church Rd,    Aurora, IL 60505-1905
17785096   +American Express,    Box 0001,   Los Angeles, CA 90096-8000
17956923    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17785099   +Auto-Owners Insurance,    Po Box 30315,   Lansing, MI 48909-7815
17785100   +BP Business Solutions,    Po Box 70995,   Charlotte, NC 28272-0995
17785101   +Business Card,    PO Box 15796,   Wilmington, DE 19886-5796
17785102   +Caliber Construction Co,    1940 Internationale Parkway,    Ste 100,   Woodridge, IL 60517-3149
17785103   +Capital One,    PO Box 6492,   Carol Stream, IL 60197-6492
18003213    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC  28272-1083
17930181    Carpenters Fringe Benefit Funds of Illinois,    c/o Catherine M. Chapman,
             Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
             Chicago, IL  60606-5231
17996545   +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
             One North LaSalle Street, Suite 1600,    Chicago, IL 60602-3935
17785104   +Coffman Truck Sales,    1149 Lake St.,   Aurora, IL 60506-5585
17785106   +Comers Welding,    Po Box 317,   Montgomery, IL 60538-0317
17785107   +Complete Sanitation,    710 E South St. Unit B,    Plano, IL 60545-1607
17785108   +Danial's Inc,    1650 Mitchell Road,   Aurora, IL 60505-9579
17785109   +E.J. Cattani & Son,    PO Box 485,   Ladd, IL 61329-0485
17785110    EFTPS Customer Service,    Po Box 173788,   Denver, CO 80217-3788
17785111    Federal Express Bankruptcy Dept,    3965 Airways Blvd,    Module 6, 3rd Flr,
             Memphis, TN 38116-5017
17785113   +Frank Vanaelst & Assoc,    312 W. State St.,    Geneva, IL 60134-2164
17785114   +Gengler-Lowney Laser Works,    899 Sullivan Rd,    Aurora, IL 60506-1138
17935386   +Gengler-Lowney Laser Works, Inc.,    c/o Dreyer, Foote, Streit, et al.,    1999 West Downer Place,
             Aurora, IL 60506-4776
17785115   +Granger,    1204 Bilter Road,   Aurora, IL 60502-4729
17785116   +HILTI,    Po Box 382002,   Pittsburgh, PA 15250-8002
17785117   +HSBC Business Solutions Menards,    Po Box 5219,   Carol Stream, IL 60197-5219
17785118   +Home Depot,    Po Box 183175,   Columbus, OH 43218-3175
17785120   +Joe Alley,    71 Crestview,   Oswego, IL 60543-9500
17785121   +Kendall County Collector,    111 Fox Street,    Yorkville, IL 60560-1621
17785122    Landcomp,    Po Box 99830,   Chicago, IL 60696-0256
17785124   +Oswego Building Supplies,    31 Commerce Drive,    Oswego, IL 60543-9305
17785126   +Oswego Community Bank,    10 S Madison,   Oswego, IL 60543-8351
17785125   +Oswego Community Bank,    Attn: Christopher M Paige,    10 S Madison,   Pob 1070,
             Oswego, IL 60543-1070
17785128   +Painting by Keller,    PO Box 154,   Elburn, IL 60119-0154
17785129   +Richards Building Supply,    5462 Route 34,   Oswego, IL 60543-9175
17785130    Secretary of State,    2701 S. Dirksen Parkway,    Springfield, IL 62723-0001
17785131   +Security Builders Supply,    Po Box 910,   Oswego, IL 60543-0910
17785134   +Timesavers Inc.,    Po Box 88469,   Chicago, IL 60680-1469
17785135   +Village of Oswego,    100 Parkers Mill,   Oswego, IL 60543-5104
17785136   +Weible & Cahill,    2300 Cabot Drive,    Ste. 100,   Lisle, IL 60532-4390
17785137   +Westmont Interior Supply House,    Po Box 298,    Westmont, IL 60559-0298
17785138    Whitfield McGann & Ketterman,    11 E. Wacker Dr.,    Ste. 2600,   Chicago, IL 60601
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17785097   +E-mail/Text: g17768@att.com Aug 22 2013 01:03:33     AT&T,   Po Box 5080,
             Carol Stream, IL 60197-5080
17785098   +E-mail/Text: g17768@att.com Aug 22 2013 01:03:33     AT&T,   PO Box 8100,   Aurora, IL 60507-8100
17785105   +E-mail/Text: legalcollections@comed.com Aug 22 2013 01:02:03     Com Ed,   PO Box 6111,
             Carol Stream, IL 60197-6111
18077801    E-mail/Text: cio.bncmail@irs.gov Aug 22 2013 00:59:03     Department of the Treasury,   IRS,
             P. O. Box 7346,   Philadelphia, PA 19101-7346
17785112   +E-mail/Text: dlange@foxmetro.dst.il.us Aug 22 2013 01:05:00     Fox Metro,   Po Box 160,
             Aurora, IL 60507-0160
18333624   +E-mail/Text: g17768@att.com Aug 22 2013 01:03:33     Illinois Bell Telephone Company,
             % AT&T Services Inc.,   James Grudus, Esq.,    One AT&T Way, Room 3A218,
             Bedminster, NJ 07921-2693
17785123    E-mail/Text: legal@nglic.com Aug 22 2013 01:07:10     National Guardian Life Insurance Co,
             Two East Gilman St.,    PO Box 1191,   Madison, WI 53701-1191
17785132   +E-mail/Text: appebnmailbox@sprint.com Aug 22 2013 01:01:06     Sprint,   Po Box 4181,
             Carol Stream, IL 60197
17785133   +E-mail/Text: appebnmailbox@sprint.com Aug 22 2013 01:01:05     Sprint,   PO Box 8077,
             London, KY 40742-8077
                                                                                              TOTAL: 9
```

```
District/off: 0752-1                 User: dgomez                  Page 2 of 3                  Date Rcvd: Aug 21, 2013
                                     Form ID: pdf006               Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17785117*    +Hilti,   Po Box 382002,    Pittsburgh, PA 15250-8002
17785127*    +Oswego Community Bank,    10 S Madison,   Oswego, IL 60543-8351
17785139*     Whitfield McGann & Ketterman,    11 E. Wacker Dr.,   Ste. 2600,   Chicago, IL 60601
                                                                                               TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                **Signature:**         *Joseph Speetjens*

```
District/off: 0752-1          User: dgomez             Page 3 of 3                  Date Rcvd: Aug 21, 2013
                              Form ID: pdf006          Total Noticed: 51
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
              David J. Howard    on behalf of Debtor    Alley Dry Wall, Inc. pazuzuhoward@yahoo.com
              Donald J Simantz    on behalf of Creditor    Oswego Community Bank simantz@ashlaw.net
              Michael G Berland    einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4