UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
ALLEY DRY WALL, INC. § Case No. 11-37080
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on           . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By: /s/MICHAEL G. BERLAND_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Oswego Community Bank 10 S Madison Oswego, IL 60543 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | OSWEGO COMMUNITY BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| CONGRESIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| ALLEY DRY WALL INC | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| LOGNEST, GLORIA | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | EFTPS Customer Service Po Box 173788 Denver, CO 80217-3788 | | | | | |
| 000001A | CARPENTERS FRINGE BENEFIT FUNDS OF | | | | | |
| 000004A | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000007A | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Po Box 5080 Carol Stream, IL 60197 | | | | | |
| | Accurate Repro 2368 Corporate Lane #100 Naperville, IL 60563 | | | | | |
| | Alarm Detection Systems 1111 Church Rd Aurora, IL 60505 | | | | | |
| | Auto-Owners Insurance Po Box 30315 Lansing, MI 48909 | | | | | |
| | BP Business Solutions Po Box 70995 Charlotte, NC 28272 | | | | | |
| | Business Card PO Box 15796 Wilmington, DE 19886 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Coffman Truck Sales 1149 Lake St. Aurora, IL 60507 | | | | | |
| | Com Ed PO Box 6111 Carol Stream, IL 60197 | | | | | |
| | Comers Welding Po Box 317 Montgomery, IL 60538 | | | | | |
| | Danial's Inc 1650 Mitchell Road Aurora, IL 60505 | | | | | |
| | E.J. Cattani & Son PO Box 485 Ladd, IL 61329 | | | | | |
| | Federal Express Bankruptcy Dept 3965 Airways Blvd Module 6, 3rd Flr Memphis, TN 38116-5017 | | | | | |
| | Fox Metro Po Box 160 Aurora, IL 60507 | | | | | |
| | Frank Vanaelst & Assoc 312 W. State St. Geneva, IL 60134 | | | | | |
| | Granger 1204 Bilter Road Aurora, IL 60502 | | | | | |
| | HILTI Po Box 382002 Pittsburgh, PA 15250 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Business Solutions Menards Po Box 5219 Carol Stream, IL 60197 | | | | | |
| | Home Depot Po Box 183175 Columbus, OH 43218 | | | | | |
| | Joe Alley 71 Crestview Oswego, IL 60543 | | | | | |
| | Kendall County Collector 111 Fox Street Yorkville, IL 60560 | | | | | |
| | Landcomp Po Box 99830 Chicago, IL 60696-0256 | | | | | |
| | National Guardian Life Insurance Co Two East Gilman St. PO Box 1191 Madison, WI 53701-1191 | | | | | |
| | Oswego Building Supplies 31 Commerce Drive Oswego, IL 60543 | | | | | |
| | Oswego Community Bank 10 S Madison Oswego, IL 60543 | | | | | |
| | Oswego Community Bank 10 S Madison Oswego, IL 60543 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Painting by Keller PO Box 154 Elburn, IL 60119 | | | | | |
| | Richards Building Supply 5462 Route 34 Oswego, IL 60543 | | | | | |
| | Secretary of State 2701 S. Dirksen Parkway Springfield, IL 62723-0001 | | | | | |
| | Security Builders Supply Po Box 910 Oswego, IL 60543 | | | | | |
| | Sprint Po Box 4181 Carol Stream, IL 60197 | | | | | |
| | Timesavers Inc. Po Box 88469 Chicago, IL 60680 | | | | | |
| | Village of Oswego 100 Parkers Mill Oswego, IL 60543 | | | | | |
| | Weible & Cahill 2300 Cabot Drive Ste. 100 Lisle, IL 60532 | | | | | |
| | Westmont Interior Supply House Po Box 298 Westmont, IL 60559 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000006 | CALIBER CONSTRUCTION CO | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000001B | CARPENTERS FRINGE BENEFIT FUNDS OF | | | | | |
| 000004B | CHICAGO REGIONAL COUNCIL OF CARPENT | | | | | |
| 000002 | GENGLER-LOWNEY LASER WORKS, INC. | | | | | |
| 000008 | ILLINOIS BELL TELEPHONE COMPANY | | | | | |
| 00010 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-37080 | BL | Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALLEY DRY WALL, INC. | | | | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | | | | 341(a) Meeting Date: | 10/05/11 |
| For Period Ending: 09/30/13 | | | | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking at Oswego Community Bank Currently Subj | 0.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Nicor Gas | 240.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Job Number 05-190 Date Billed 3/1/06 Avram | 79,188.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Job Number 8-17 Billed 9/5/08 Lincoln Square (Ba | 38,329.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Job Number 09-03 Billed 3/19/09 Avram | 13,422.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. Job Number 10-11 Billed 12/20/10 Froelich | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Job Number 10-19 Date Billed 5/2/11 Quinn | 12,091.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Date Billed 8/15/11 Day One | 2,682.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Date Billed 8/24/11 REM | 3,321.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Date Billed 8/24/11 Quinn | 22,379.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 1989 Grain Box Trailer TJ7213 | 1,400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 1995 GMC 1GDJC34F2SE522416 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13. 1997 Ford E150 1FTEE1464VHB93953 | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 11-37080 Doc 37 Filed 12/05/13 Entered 12/05/13 08:22:18 Desc Main
Document Page 12 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| Case No: | 11-37080 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALLEY DRY WALL, INC. | | | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | | | 341(a) Meeting Date: | 10/05/11 |
| | | | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 14. 1998 GMC Savana 1GJGG29R0W1045393 | 4,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 15. 1999 GMC Suburban 1GKFK16RIXJ802212 | 6,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 16. 2000 GMC Van 1GTFG15WXY1106575 | 2,000.00 | 0.00 | | 4,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 17. 2001 GMC Stake 1GDG6H1E81JS02168 | 5,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 18. 2001 GMC Van 1GTHG35R111101423 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 19. 2001 GMC Scrapper 3GDKC34G61M04804 | 6,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 20. 2001 GMC Sierra 2GTEK368U611368892 | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 21. 2002 GMC Van 3GTHG25M021109410 | 2,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 22. 2002 GMC VAN 1GTHG35R7Z1218554 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 23. 2003 GMC Cargo Van 1GTHG354931114881 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 24. 2003 Dodge Ram 1D7KU28D13J550067 | 10,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 25. 2003 Homemade Trailer 4RWUS10113N024008 | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 26. 2004 GMC Savana 1GTHG394X41101553 | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 11-37080   Doc 37   Filed 12/05/13   Entered 12/05/13 08:22:18   Desc Main
Document   Page 13 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

Exhibit 8

Case No: 11-37080 BL   Judge: Bruce W. Black  
Case Name: ALLEY DRY WALL, INC.

Trustee Name: MICHAEL G. BERLAND  
Date Filed (f) or Converted (c): 09/12/11 (f)  
341(a) Meeting Date: 10/05/11  
Claims Bar Date: 01/11/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 2004 GMC PICK UP 1GTHK23264F203810 | 13,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 28. 2004 Homemade Trailer 1DGRS14104M058415 | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 29. 2007 GMC PICK UP 1GTHK29DO7E111076 | 20,000.00 | 20,000.00 | | 12,250.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 30. 2008 GMC Sierra Pick Up 2GTEK191J281243536 | 17,000.00 | 17,000.00 | | 11,750.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 31. Six Phones | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 32. Copy Machine | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 33. Fax Machine | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 34. Computer and Printer (1993 Word Perfect) | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 35. Three Four Drawer Fire Proof File Cabinets | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 36. Two Steel Desks | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 37. Eight Chairs for Break Room | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 38. Blue Print Copier | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 39. Typewriter | Unknown | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

Case 11-37080 Doc 37 Filed 12/05/13 Entered 12/05/13 08:22:18 Desc Main
Document Page 14 of 19

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 4

Exhibit 8

| Case No: | 11-37080 BL Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | ALLEY DRY WALL, INC. | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | 341(a) Meeting Date: | 10/05/11 |
| | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40. Corner Beads | 800.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 41. Nails & Screws | 200.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 42. Scaffolds | 4,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 43. Tools | 3,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 44. Planks 12 Aluminum | 1,800.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 45. Welder | 400.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 46. Spray Machine | 600.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 47. Radius Track Binder | 600.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 48. Shotsd & Pins Hilti | 2,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 49. Gang Boxes x3 | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 50. Ladders (7) | 800.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 51. Steel Studs | 500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 52. Misc Stock | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 5

Exhibit 8

| Case No: | 11-37080 BL Judge: Bruce W. Black | | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALLEY DRY WALL, INC. | | | Date Filed (f) or Converted (c): | 09/12/11 (f) |
| | | | | 341(a) Meeting Date: | 10/05/11 |
| | | | | Claims Bar Date: | 01/11/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 53. Fork Truck (old) | 600.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.10 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $298,852.00  $37,000.00  $28,250.10  $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Certain vehices were sold at an acution sale. Tax returns were filed.

Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/13

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.03a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-37080 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALLEY DRY WALL, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******8665  Money Market Account |
| Taxpayer ID No: | *******5954 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 01/11/12 | | American Auction Associates, Inc.<br>8515 S. Thomas Avenue<br>Bridgeview, IL 60455 | Per court order<br>DEPOSIT CHECK #4704 | | | 28,250.00 | | 28,250.00 |
| | 16 | | Memo Amount: | 4,250.00 | 1129-000 | | | |
| | 29 | | Memo Amount: | 12,250.00 | 1129-000 | | | |
| | 30 | | Memo Amount: | 11,750.00 | 1129-000 | | | |
| 01/23/12 | 001001 | American Auction Associates, Inc. | | | 3610-000 | | 770.99 | 27,479.01 |
| 01/26/12 | INT | The Bank of New York Mellon | INTEREST REC'D FROM BANK | | 1270-000 | 0.10 | | 27,479.11 |
| 01/26/12 | | Transfer to Acct #*******5452 | Bank Funds Transfer | | 9999-000 | | 27,479.11 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 28,250.00 | COLUMN TOTALS | | 28,250.10 | 28,250.10 | 0.00 |
| Memo Allocation Disbursements: | | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 27,479.11 | |
| | | | Subtotal | | 28,250.10 | 770.99 | |
| Memo Allocation Net: | | 28,250.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 28,250.10 | 770.99 | |

Page Subtotals     28,250.10     28,250.10

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-37080 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | ALLEY DRY WALL, INC. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******5452  Checking Account |
| Taxpayer ID No: | *******5954 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/26/12 | | Transfer from Acct #*******8665 | Bank Funds Transfer | 9999-000 | 27,479.11 | | 27,479.11 |
| 02/06/13 | 001001 | Estate Of Aley Dry Wall | Monies were transferre by former trustee | 9999-000 | | 27,479.11 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 27,479.11 | 27,479.11 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 27,479.11 | 27,479.11 | |
| | | Subtotal | | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 0.00 | |

Page Subtotals       27,479.11       27,479.11

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page: 3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-37080 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | ALLEY DRY WALL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9769 Checking Account |
| Taxpayer ID No: | *******5954 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/22/13 | | Bradley Waller | | 9999-000 | 27,479.11 | | 27,479.11 |
| 03/04/13 | 001001 | Gloria Longest | Payment for tax returns | 3410-000 | | 500.00 | 26,979.11 |
| 03/04/13 | 001002 | Illinois Department Of Revenue | Payment of state tax due | 2820-000 | | 1,424.00 | 25,555.11 |
| 03/06/13 | | Alley Dry Wall Inc | Payent to IRS by wire transfer.l | 2810-000 | | 2,109.00 | 23,446.11 |
| | | | Per trustee's accountant only wire tranfers allowed for federal taxes due. | | | | |
| 03/08/13 | | Congressional Bank | Bank service fee | 2600-000 | | 26.35 | 23,419.76 |
| 04/22/13 | | Congressional Bank | Bank fee | 2600-000 | | 25.67 | 23,394.09 |
| 05/09/13 | | Congressional Bank | Bank service fee | 2600-000 | | 24.05 | 23,370.04 |
| 06/04/13 | | Congressional Bank | Bank fee | 2600-000 | | 24.82 | 23,345.22 |
| 07/05/13 | | CONGRESSIONAL BANK | BANK SERVICE FEE | 2600-000 | | 23.99 | 23,321.23 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 27,479.11 | 4,157.88 | 23,321.23 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 27,479.11 | 0.00 | |
| | | Subtotal | 0.00 | 4,157.88 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 4,157.88 | |

| | | | NET | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 28,250.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Money Market Account - ********8665 | 28,250.10 | 770.99 | 0.00 |
| | | Checking Account - ********5452 | 0.00 | 0.00 | 0.00 |
| Total Memo Allocation Net: | 28,250.00 | Checking Account - ********9769 | 0.00 | 4,157.88 | 23,321.23 |
| | | | ---------------------- | ---------------------- | ---------------------- |
| | | | 28,250.10 | 4,928.87 | 23,321.23 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 27,479.11 4,157.88

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 11-37080 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | ALLEY DRY WALL, INC. | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******9769 Checking Account |
| Taxpayer ID No: | *******5954 | | | |
| For Period Ending: | 09/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals        0.00        0.00

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*